IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Betty Vanderpoel,<br><br>Plaintiff,<br><br>v.<br><br>DriveTime Automotive Group Inc., et al.,<br><br>Defendants. | No.  CV-14-2295-PHX-DKD<br><br><br><br>**ORDER** |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. 24), and for good cause shown,

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice and with each party to bear its own attorneys' fees and costs.

Dated this 23rd day of February, 2016.

_____
David K. Duncan
United States Magistrate Judge